

# IN THE
# TENTH COURT OF APPEALS

## No. 10-16-00018-CV

## IN THE INTEREST OF L.G.H., A CHILD

**From the 378th District Court
Ellis County, Texas
Trial Court No. 76,737-D**

### O R D E R

Appellant, through a Motion to File Supplemental Clerk's Record, seeks an order authorizing the clerk to prepare a supplemental clerk's record which would contain, among other things, an Order Setting Hearing on Notice of Past-Due Findings of Fact and Conclusions of Law. Appellant's motion is granted. The supplemental clerk's record is due 14 days from the date of this order. *See* TEX. R. APP. P. 34.5(c).

Further, we note that appellant contends she presented the notice of past due findings to the trial court at a hearing held on December 9, 2015. We do not have a transcription of that hearing. Accordingly, we order the reporter to prepare a record of

the December 9, 2015 hearing and file it with the Court as a supplemental reporter's record within 14 days from the date of this order. *See* Tex. R. App. P. 34.6(d).

The briefing schedule in this appeal is stayed. It will re-start automatically on the date the reporter's record or clerk's supplemental record is filed, whichever is later.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins (not participating in the rendition of this Order)
Motion granted
Order issued and filed May 26, 2016

